# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:08CR00379-01** |
| ) | |
| **Jason Lee WINTCH** ) | |
| ) | |

## LEGAL HISTORY:

On March 23, 2004, the above-named was sentenced to 30 months custody Bureau of Prisons to be followed by a term of supervised release for a period of 3 years, which commenced on December 23, 2005. Special conditions included: Search; and Financial disclosure and restrictions. Conditions of supervision were modified on March 5, 2007, to include: Drug/alcohol treatment program/testing and Co-payment for treatment/testing.

## SUMMARY OF COMPLIANCE:

He has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Wintch has derived maximum benefit from supervision and is not in need of continued supervision.

RE:    Jason Lee WINTCH
       Docket Number:   2:08CR00379-01
       **RECOMMENDATION TERMINATING**
       **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                      Respectfully submitted,

                      /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      **Supervising United States Probation Officer**

Dated:       September 8, 2008
                  Elk Grove, California
                  DAS/cj

cc:      AUSA Samantha S. Spangler (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.  ) | **Docket Number: 2:08CR00379-01** |
| ) | |
| **Jason Lee WINTCH**  ) | |

On December 23, 2005, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:    September 8, 2008
          Elk Grove, California
          DAS/cj

**RE:  Jason Lee WINTCH**
**Docket Number:  2:08CR00379-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

September 16, 2008
**Date**

**Lawrence K. Karlton**
**Senior United States District Judge**

DAS/cj

Attachment:   Recommendation

cc:   United States Attorney's Office